**United States District Court**
For the Northern District of California

1
2
3
4
5 UNITED STATES DISTRICT COURT
6 NORTHERN DISTRICT OF CALIFORNIA
7
8 GEORGE E. JACOBS, IV,                             No. C 09-205 SI (pr)
9        Plaintiff,                                 **ORDER OF DISMISSAL**
10    v.
11 ALLEN K. SCRIBNER; et al.,
12       Defendants.
                                        /
13
14    This pro se civil action was filed on January 16, 2009, at which time the court notified
15 plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish
16 a completed and signed court-approved in forma pauperis application. Plaintiff was advised that
17 failure to pay the fee or file the application materials within thirty days would result in dismissal
18 of the action. Plaintiff did not pay the filing fee or file an in forma pauperis application, and the
19 deadline by which to do so has passed. The action is DISMISSED without prejudice for failure
20 to pay the filing fee or submit a completed in forma pauperis application. Plaintiff may file a
21 new action, but should include a filing fee or an in forma pauperis application with a new
22 complaint to commence that new action. The clerk shall close the file.
23    IT IS SO ORDERED.
24 Dated: May 28, 2009                            _____
                                                   SUSAN ILLSTON
25                                                 United States District Judge
26
27
28