**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS, IV, | No. C 09-205 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ALLEN K. SCRIBNER; et al., | |
| Defendants. / | |

This action is dismissed without prejudice to plaintiff filing a new action for which he pays the filing fee or files a completed in forma pauperis application at the time the complaint is filed.

IT IS SO ORDERED AND ADJUDGED.

Dated: May 28, 2009

_____
SUSAN ILLSTON
United States District Judge